*Denise B. Smoker*, deputy assistant state's attorney, in opposition.

Decided September 18, 1996

## PAVERINI CONSTRUCTION COMPANY, INC. *v.* EDGARDO IPPOLITI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 42 Conn. App. 903 (AC 15381), is denied.

*Paul L. Bollo*, in support of the petition.

*Mark R. Carta*, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* GABRIEL GONZALEZ

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 906 (AC 14245), is denied.

*Temmy Ann Pieszak*, assistant public defender, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* MELVIN CARL WASHINGTON

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 907 (AC 13665), is denied.

*Melvin Carl Washington,* pro se, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided September 18, 1996

ANTHONY NOVAK, TRUSTEE, ET AL. *v.*
CHARLES SCALESSE\*

The plaintiffs' petition for certification for appeal from the Appellate Court, 43 Conn. App. 94 (AC 14670), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the trial court abused its discretion in setting aside the verdict?"

The Supreme Court docket number is SC 15521.

*Tracy Alan Saxe,* in support of the petition.

*John R. McGrail* and *William C. Turney,* in opposition.

Decided September 18, 1996

STATE OF CONNECTICUT *v.* KENYA OMARI BROWN

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 483 (AC 13431), is granted, limited to the following issue:

"What effect, if any, does a public defender's unavailability to conduct a trial have on a defendant's statutory right to a speedy trial?"

The Supreme Court docket number is SC 15542.

---

\* The plaintiffs' appeal was withdrawn May 13, 1997.